■ BUCKLEY CONSTRUCTION CORP., Appellant, v. VERABEL G. HUNGERFORD, Doing Business as E. B. HUNGERFORD SONS, Respondent. VERABEL G. HUNGERFORD, Doing Business as E. B. HUNGERFORD SONS, Respondent, v. BUCKLEY CONSTRUCTION CORP., Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term directing that the two actions be tried together without consolidation, that the venue be fixed in Onondaga County, and that plaintiff-defendant Hungerford be given the right to open and close.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ. [16 Misc 2d 299.]

■ In the Matter of CARL RAPP, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination confirmed, without costs. All concur. (Review of a determination of the Commissioner of Motor Vehicles, revoking petitioner's automobile driver's license, which proceeding was transferred to the Appellate Division for determination by stipulation of counsel.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ INDUSTRIAL DEVELOPMENT FOUNDATION OF AUBURN, NEW YORK, INC., Respondent, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ LE GRANDE SMITH et al., Appellants, v. TOWN OF SANDY CREEK, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ DAVID J. BUCKLEY, Appellant, v. ROLAND B. FAULKNER, Respondent. MICHAEL F. YOUNG, as Administrator of the Estate of MICHAEL J. YOUNG, JR., Deceased, Appellant, v. ROLAND B. FAULKNER, Respondent.— Appeals dismissed unless records and briefs are filed and served on or before August 15, 1959. In respect to the printing of records and briefs, see *Hauck* v. *Roncone* (5 A D 2d 804 and *Eagle Contrs. of Utica* v. *Black* (5 A D 2d 954) (2 motions).

■ JENNIE CESARONE, as Administratrix of the Estate of NICHOLAS CESARONE, Deceased, Respondent, v. CITY OF SYRACUSE, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before July 15, 1959.

■ CALVIN JENKINS, Appellant, v. WILSON FREIGHT FORWARDING CO., INC., et al., Respondents.— Motion granted and order entered March 11 modified to provide dismissal if defendants furnish plaintiff's attorneys with original exhibits on or before May 4 and if appellant fails to file typewritten record and file and serve briefs on or before May 7, 1959. (Order entered April 30, 1959.)

■ In the Matter of Probate of the Will of JOSEPHINE PODOLAK, Deceased. — Appeal dismissed unless printed records and briefs are filed and served on or before July 1, 1959.

■ In the Matter of JOHN A. STOFER, Petitioner, against DAVID J. MARTIN, as Acting Chairman of the New York State Thruway Authority, Respondent. — Proceeding dismissed, without costs, upon stipulation.